IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNY LEE HODGE,<br>#032835<br>Kentucky State Penitentiary<br>P.O. Box 5128<br>Eddyville, KY 42038<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, DC  20535-0001<br><br>and<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE,<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530<br><br>    Defendants. | C.A. No.  1:08-cv-00403-RJL |

City of Washington   )
                     :
District of Columbia )

### AFFIDAVIT OF SERVICE

I, Margaret K. Pfeiffer, hereby declare that on the 10th day of March, 2008, I caused copies of the summons and complaint to be served, by certified mail, upon Jeffrey A. Taylor, U.S. Attorney for the District of Columbia, at 555 4th Street, N.W., Washington, D.C. 20530, the United States Department of Justice and the Attorney General, both at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, and the Federal Bureau of Investigation, at J. Edgar

Hoover Building, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535-0001. I further declare that I received receipts attesting to the receipt of the summons and complaint by Jeffrey A. Taylor, the United States Department of Justice and the Attorney General on the 11th day of March, 2008 and by the Federal Bureau of Investigation on the 13th day of March, 2008. Attached to this affidavit are copies of the summons and the return receipts from each recipient.

_____
Margaret K. Pfeiffer (D.C. Bar No. 358723)
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 956-7500

Sworn to before me this
7th day of April, 2008.

_____
Notary Public

DERRICK C. WHITE
Notary Public, District of Columbia
My Commission Expires July 14, 2011

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Benny Lee Hodge,
#032835
Kentucky State Penitentiary
P.O. Box 5128
Eddyville, KY 42038

   Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

Federal Bureau of Investigation,
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001
and

United States Department of Justice,
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Defendants.

Case: 1:08-cv-00403
Assigned To : Leon, Richard J.
Assign. Date : 3/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Suite 800
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Phone (202) 956-7500

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                            MAR - 5 2008
CLERK                                              DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Canety Pula_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAR 11 - 2008 |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th St. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7007 2560 0000 7172 1845 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Benny Lee Hodge,
#032835
Kentucky State Penitentiary
P.O. Box 5128
Eddyville, KY 42038

Plaintiff,

V.

Federal Bureau of Investigation,
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001
and

United States Department of Justice,
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-00403
Assigned To : Leon, Richard J.
Assign. Date : 3/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

United States Department of Justice,
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Suite 800
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Phone (202) 956-7500

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR - 5 2008
CLERK                                       DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAR 1 1 2008    03-11-08 |
| 1. Article Addressed to:<br><br>US Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7007 2560 0000 7172 1814 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Benny Lee Hodge,
#032835
Kentucky State Penitentiary
P.O. Box 5128
Eddyville, KY 42038

Plaintiff,

V.

Federal Bureau of Investigation,
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001
and

United States Department of Justice,
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00403
Assigned To : Leon, Richard J.
Assign. Date : 3/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Suite 800
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Phone (202) 956-7500

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR - 5 2008
CLERK                                       DATE

_____
(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☑ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>MAR 1 1 2008 |
| 1. Article Addressed to:<br><br>Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7007 2560 0000 7172 | |

PS Form 3811, February 2004        Domestic Return Receipt

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Benny Lee Hodge,
#032835
Kentucky State Penitentiary
P O. Box 5128
Eddyville, KY 42038

Plaintiff,

V.

Federal Bureau of Investigation,
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001
and

United States Department of Justice,
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00403
CAS   Assigned To : Leon, Richard J.
Assign. Date : 3/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Federal Bureau of Investigation,
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC  20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Suite 800
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Phone (202) 956-7500

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     MAR - 5 2008
CLERK                                        DATE

_____
(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) D.W. Younghton    C. Date of Delivery 3-12-08 |
| 1. Article Addressed to:<br><br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
   (Transfer from service label)  7007 2560 0000 7172 1838

PS Form 3811, February 2004    Domestic Return Receipt