UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENNY LEE HODGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 08-CV-0403(RJL) |
| ) | |
| **FEDERAL BUREAU OF** ) | |
| **INVESTIGATION, ET AL.,** ) | ECF |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: April 9, 2008           Respectfully submitted,


                              /s/
                              John C. Truong, D.C. Bar # 465901
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0406
                              (202) 514-8780 (fax)
                              John.Truong@usdoj.gov