UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNY LEE HODGE, | ) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) C.A. No. 1:08-cv-00403-RJL |
| and | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendants. | ) |

## MOTION FOR THE *PRO HAC VICE* ADMISSION OF LAURENCE E. KOMP

I, Margaret K. Pfeiffer, hereby move pursuant to Local Rule 83.2(d) of the Local Rules of the U.S. District Court for the District of Columbia for the *pro hac vice* admission of Laurence E. Komp. Attached to this motion is a declaration of Mr. Komp, executed in conformance with Local Rule 83.2(d).

                    Respectfully submitted,

                    _/s/ Margaret K. Pfeiffer_
                    Margaret K. Pfeiffer (D.C. Bar No. 358723)
                    1701 Pennsylvania Avenue, N.W.
                    Washington, DC  20006-5085
                    Tel.: (202) 956-7500
                    Fax:  (202) 956-6330

Dated:    Washington, D.C.
            April 16, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENNY LEE HODGE, )
)
             Plaintiff, )
)
v. )
)
FEDERAL BUREAU OF )
INVESTIGATION, )   C.A. NO. 1:08-CV-00403-RJL
)
and )
)
UNITED STATES DEPARTMENT OF )
JUSTICE, )
)
             Defendants. )
)

### DECLARATION OF LAURENCE E. KOMP
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

    LAURENCE E. KOMP, under penalty of perjury, declares:

    1.    I am an attorney at law of the State of Missouri.

    2.    I submit this declaration in support of a motion under Local Rule 83.2(d) to permit me to appear *pro hac vice* as counsel for plaintiff in this action.

    3.    My office address and telephone number are:

        P.O. Box 1785
        Manchester, MO 63011
        (636) 207-7330

4. Since 1992, I have been a member in good standing of the bar of the courts of the State of Kentucky. I also have been admitted to the following bars on the following dates:

| Jurisdiction | Year Admitted |
| --- | --- |
| State of Ohio | 1994 |
| United States District Court for the Southern District of Ohio | 1994 |
| United States Court of Appeals for the Sixth Circuit | 1995 |
| United States District Court for the Northern District of Ohio | 1996 |
| Supreme Court of the United States | 1998 |
| State of Missouri | 1999 |
| United States District Court for the Southern District of Indiana | 2001 |
| United States Court of Appeals for the Seventh Circuit | 2003 |
| United States District Court for the Eastern District of Kentucky | 2004 |
| United States District Court for the Western District of Kentucky | 2007 |

5. I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2008 at Manchester, Missouri.

_____
LAURENCE E. KOMP

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on February 8, 1999,

## Laurence E. Komp

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 12th day of March, 2008.

_____
Clerk of the Supreme Court of Missouri

# KENTUCKY BAR ASSOCIATION
### 514 WEST MAIN STREET
### FRANKFORT, KENTUCKY 40601-1883
### (502) 564-3795
### FAX (502) 564-3225



**OFFICERS**
Jane Winkler Dyche
President

Barbara D. Bonar
President-Elect

Charles E. English, Jr.
Vice President

Robert C. Ewald
Past President

**YOUNG LAWYERS**
Ryan C. Reed
Chair

**EXECUTIVE DIRECTOR**
James L. Deckard

**BOARD OF GOVERNORS**
Douglass Farnsley
Fred E. Fugazzi, Jr.
Margo L. Grubbs
James D. Harris, Jr.
Richard W. Hay
R. Scott Madden
Douglas L. McSwain
W. Douglas Myers
Michael J. O'Connell
Thomas L. Rouse
John M. Rosenberg
R. Michael Sullivan
Mark C. Whitlow
William H. Wilhoit

### *THIS IS TO CERTIFY THAT*

### *LAURENCE E. KOMP*
*Post Office Box 1785*
*Ballwin, Missouri 63011*

### *Membership No. 84430*

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 7th day of March, 2008.

### *JAMES L. DECKARD*
### *REGISTRAR*

By: _____
*Nicole A. Key, Deputy Registrar*

# The Supreme Court of Ohio

CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Laurence E. Komp

was admitted to the practice of law in Ohio on May 16, 1994; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of March, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENNY LEE HODGE, )
)
        Plaintiff, )
)
v. )
)
FEDERAL BUREAU OF )
INVESTIGATION, ) C.A. No. 1:08-cv-00403-RJL
)
and )
)
UNITED STATES DEPARTMENT OF )
JUSTICE, )
)
        Defendants. )
)

# [PROPOSED] ORDER

Upon consideration of the Motion for the *Pro Hac Vice* Admission of Laurence E. Komp, it is hereby this _____ day of _____, _____,

**ORDERED** that the Motion be, and hereby is, **GRANTED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge