IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENNY LEE HODGE,

    Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATION,[1] et. al,

    Defendants.

Civil Action No.: 08-403

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF

Defendants by and through their undersigned counsel, hereby answer plaintiff's Complaint for Injunctive Relief ("Complaint") as follows:

1.     This paragraph contains plaintiff's statement of the case and, as such, requires no response.

2.     Defendants admit the allegations in this paragraph.

3.     Defendants lack sufficient knowledge and information as to truth of the first and second sentences of this paragraph and, therefore, deny them.  Defendants admit the third sentence in this paragraph.

4.     Defendants admit the allegations in this paragraph.

5.     Defendants admit the allegations in the first sentence of this paragraph. Defendants lack sufficient knowledge and information as to truth of the second sentence of this paragraph and, therefore, deny it.

---

[1] The U.S. Department of Justice should be the only proper party defendant in this case. The FBI is not a proper party defendant.  See 5 U.S.C. § 552(a)(4)(B).

6. Defendants admit that Defendants sent a letter dated October 30, 2002, to Plaintiff. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 2.

7. Defendants admit that Plaintiff sent a letter dated November 8, 2002, to Defendants. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 3.

8. Defendants admit that Defendants sent a letter dated November 22, 2002, to Plaintiff. The letter speaks for itself and Defendants refer to Plaintiff's Exhibit 4.

9. Defendants admit that Defendants sent a letter dated September 22, 2003, to Plaintiff. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 5.

10. Defendants admit that Defendants sent a letter dated October 20, 2003, to Plaintiff. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 6.

11. Defendants admit that in a letter dated November 3, 2003, Defendant released 361 pages of documents with redactions and withheld 208 pages of documents in their entirety. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 7.

12. Defendants lack information or knowledge as to the truth of paragraph 12 and, therefore, deny it. However, Defendants admit that Defendants received an administrative appeal from Plaintiff on January 7, 2004.

13. Defendants admit that Defendants sent a letter dated January 21, 2004, to Plaintiff. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 9.

14. Defendants admit that Defendants sent a letter dated March 6, 2006, to Plaintiff. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 10.

**Claim for Relief**

15. Defendants incorporate their responses to Paragraphs 1-14 herein.

16. Defendants admit that Defendants sent a letter dated March 6, 2006, to Plaintiff. The letter speaks for itself and Defendants refer the Court to Plaintiff's Exhibit 10.

17. This paragraph contains conclusion of law for which a response is not necessary. To the extent that a response is necessary, Defendants deny the allegations in Paragraph 17.

18. Defendants admit the allegations in this paragraph.

19. Defendants deny the allegations in this paragraph.

## Prayer for Relief

Paragraphs A-E contain Plaintiff's prayer for relief for which a response is not necessary. To the extent that a response is necessary, Defendant deny that the plaintiff is entitled to any relief.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim for which relief may be granted.


Dated: May 12, 2008.                    Respectfully Submitted,


                                         /s/   Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                         /s/   Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                         /s/   John C. Truong
                                        JOHN C. TRUONG, D.C. BAR #465901
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0406
                                        Attorneys for Defendant