UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENNY LEE HODGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 08-CV-0403(RJL) |
| ) | |
| **FEDERAL BUREAU OF** ) | |
| **INVESTIGATION, ET AL.,** ) | ECF |
| ) | |
| **Defendant.** ) | |
| ) | |

**THE PARTIES' JOINT MOTION TO
STAY PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 7(b)(1), the parties respectfully move the Court for an order staying all proceedings for 90 days in this case for Defendant Federal Bureau of Investigation (FBI) to complete processing and producing non-exempt documents in response to Plaintiff's Freedom of Information Act (FOIA) request.

There is good cause for the Court to grant this Joint Motion. Plaintiff, currently on death row at the Kentucky State Penitentiary, filed this FOIA lawsuit seeking documents pertaining to himself. Complaint ("Compl.") at ¶ 5. Plaintiff claims that he needs the documents to fully prepare his collateral attack upon his conviction and sentence. Id.

In response to Plaintiff's FOIA request, the FBI released records responsive to his FOIA request from a multi-subject file. Compl. at ¶ 11. Thereafter, the FBI determined that approximately 6,000 records from the multi-subject file were potentially responsive to plaintiff's request and also determined that these records should be re-processed in order to provide Plaintiff with all responsive, non-exempt records. To date, the FBI has processed approximately 3,000 pages of potentially responsive records to determine whether these documents are actually