## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| **BENNY LEE HODGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 08-CV-0403(RJL)** |
| | ) | |
| **FEDERAL BUREAU OF** | ) | |
| **INVESTIGATION, ET AL.,** | ) | **ECF** |
| | ) | |
| **Defendant.** | ) | |

_____)

### THE PARTIES' JOINT MOTION TO
### STAY PROCEEDINGS

Pursuant to Fed. R. Civ. P. 7(b)(1), the parties respectfully move the Court for an order

staying all proceedings for 90 days in this case for Defendant Federal Bureau of Investigation

(FBI) to complete processing and producing non-exempt documents in response to Plaintiff's

Freedom of Information Act (FOIA) request.

There is good cause for the Court to grant this Joint Motion. Plaintiff, currently on death

row at the Kentucky State Penitentiary, filed this FOIA lawsuit seeking documents pertaining to

himself. Complaint ("Compl.") at ¶ 5. Plaintiff claims that he needs the documents to fully

prepare his collateral attack upon his conviction and sentence. Id.

In response to Plaintiff's FOIA request, the FBI released records responsive to his FOIA

request from a multi-subject file. Compl. at ¶ 11. Thereafter, the FBI determined that

approximately 6,000 records from the multi-subject file were potentially responsive to plaintiff's

request and also determined that these records should be re-processed in order to provide

Plaintiff with all responsive, non-exempt records. To date, the FBI has processed approximately

3,000 pages of potentially responsive records to determine whether these documents are actually

responsive to Plaintiff's FOIA request and whether they should be released or withheld in whole or in part.  It appears that the FBI will need another 90 days to process the remaining 3,000 pages of  potentially responsive records.

Given the volume of documents left to be reviewed, the Court should stay proceedings in this matter to allow the FBI time to process the documents.  During the 90-day stay period, the FBI will release non-exempt documents (either in whole or in part) to Plaintiff on a rolling basis as the documents become available, until it completes that process.  Seven days after the end of the 90-day stay period, the parties shall confer to narrow the remaining disputed issues and will also submit a joint status report on the case, including a proposed briefing schedule (if necessary) to the Court for approval.

For the foregoing reasons, the Court should stay the above-captioned matter for 90 days.

Dated: June 12, 2008.                              Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406


Counsel for Defendant


    //s//_Margaret K. Pfeiffer_(with permission)__
Margaret K. Pfeiffer
1701 Pennsylvania Avenue, NW

Suite 800
Washington, DC 20006-5805

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| **BENNY LEE HODGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 08-CV-0403(RJL)** |
| | ) | |
| **FEDERAL BUREAU OF** | ) | |
| **INVESTIGATION, ET AL.,** | ) | **ECF** |
| | ) | |
| **Defendant.** | ) | |

---

### ORDER

Upon consideration of the Parties' Joint Motion to Stay Proceedings and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the above-captioned action be and is hereby STAYED until September 12, 2008, and it is

FURTHER ORDERED that the parties shall submit a Joint Status Report on the remaining disputed issues by September 19, 2008, which will include a proposed briefing schedule (if necessary).

SO ORDERED.


_____
U.S. District Judge